UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Sean Starks,<br><br>                      Plaintiff,<br><br>        v.<br><br>National Railroad Passenger Corp.,<br><br>                      Defendant. | 25 Civ. 4803 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On **July 10, 2025,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **July 15, 2025,** at **12:00 PM EST**. No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.** If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar. The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: July 11, 2025
       New York, New York

                                                    DALE E. HO
                                        United States District Judge